VAN IDERSTINE CO., INC., Respondent, v. BARNET LEATHER CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

BENJAMIN WARSHOFSKY, an Infant, by AARON WARSHOFSKY, His Guardian ad Litem, Respondent, v. LINCOLN C. ANDREWS, as Receiver, etc., Defendant, Impleaded with AMERICAN RAILWAY EXPRESS COMPANY, INC., Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $45,000, in which event the judgment as modified, and the order, are unanimously affirmed, without costs. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

EMANUEL WEINBERGER, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY, Respondent.— Determination of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. STEPHEN J. BAGLEY, Respondent.— Matter referred to an official referee to take proof thereon and report with his opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. EDWARD W. ENGEL, Respondent.— Report of referee confirmed, respondent disbarred and name stricken from the roll of attorneys. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BARBARA BENZMILLER, as Administratrix, etc., of MELCHIOR J. HERBACH Deceased, Appellant, v. UNITED STATES TRUCKING CORPORATION, Respondent.— Judgment reversed upon the law, and new trial granted, costs to abide the event. In our opinion, the evidence presented upon the trial was sufficient to entitle the plaintiff to have the question as to whether the death of plaintiff's intestate was caused by his injuries submitted to the jury. (*McCahill* v. *N. Y. Transportation Co.*, 201 N. Y. 221.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ABRAHAM N. BERNSTEIN, Appellant, v. MORRIS B. WOLF, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied with ten dollars costs. In the second cause of action set forth in the complaint the plaintiff alleges facts sufficient to entitle him to judgment declaring the contract between the plaintiff and defendant terminated. He asks for this relief in the complaint. The fact that he also asks for relief to which the facts would not entitle him does not prevent his obtaining the relief to which those facts show him to be entitled. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ROSE CAMIZZI, Appellant, v. HULETT MOTOR CAR COMPANY, INC., Respondent.— Order granting motion to dismiss complaint upon the ground that it fails to state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.